FILED
CLERK, U.S. DISTRICT COURT
09/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: jm DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
PABLO MANRIQUEZ, JR.,
Defendant.

Case No. 5:24-cr-00099-JGB-1

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

## I.

On September 10, 2026, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on July 24, 2026. Gabriela Rivera, a Deputy Federal Public Defender, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Alex Young.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant failed to follow the instructions of the probation officer and failed to report to the probation officer.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ allegations in the petition (see above);

III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 10, 2026

/s/
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE